STATE OF NEW JERSEY v. WILLIAM R. WILLIAMSON.

March 12, 1974. Petition for certification denied. (See 125 *N. J. Super.* 218)

STATE OF NEW JERSEY v. EDWARD R. POSTLES.

March 12, 1974. Petition for certification denied.

BRIGHTON CONSTRUCTION, INC. v.
L & J ENTERPRISES, INC. AND BENJAMIN GRUNAUER CO.

March 12, 1974. Petition for certification denied. (See 126 *N. J. Super.* 186)

STATE OF NEW JERSEY v. STANLEY BARNO, JR.

March 12, 1974. Petition for certification denied.

HACKENSACK WATER COMPANY v.
BOROUGH OF HAWORTH AND DIVISION OF TAX APPEALS.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRANCES P. CLARICI.

March 12, 1974. Petition for certification denied.